KENNETH B. WILSON (SBN 130009)
ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211
Facsimile: (650) 440-4851

Attorneys for Plaintiff
ALTIGEN COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALTIGEN COMMUNICATIONS, INC., a Delaware corporation,, <br><br> Plaintiff, <br><br> v. <br><br> BROADFRAME CORP., dba TELESOFT INTERNATIONAL, INC., a California corporation, and GILBERT HU, an individual, <br><br> Defendants. | CASE NO.: 4:15-cv-00314-KAW <br><br> **PLAINTIFF ALTIGEN'S NOTICE OF DISMISSAL OF ACTION AGAINST DEFENDANT TELESOFT WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff AltiGen Communications, Inc. hereby dismisses this action as to Broadframe Corp., dba Telesoft International, Inc., with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 5, 2015                                   COASTSIDE LEGAL


                                                       By:   /s/ Kenneth B. Wilson
                                                             KENNETH B. WILSON

                                                       Attorneys for Defendant
                                                       ALTIGEN COMMUNICATIONS, INC.